UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NGUYEN LUC VAN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GIVENS, et al.,<br><br>　　　　　　Defendants. | No. 2:20-cv-0502 KJN P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner, proceeding pro se. On March 16, 2020, plaintiff's complaint was dismissed with leave to amend within thirty days. On April 16, 2020, plaintiff filed an untitled two-page document in which it appears he disagrees with a portion of the court's screening order. However, plaintiff did not provide a proposed amended complaint. Plaintiff notes that his prison is on lockdown, and claims that when he can access the law library, he will send more evidence to the court.

　　　　Plaintiff is advised that he should not send evidence to the court at this time. The court is not a repository for evidence. Rather, plaintiff should provide evidence only when such evidence is in dispute, such as in connection with a dispositive motion, for example, a motion for summary judgment, or at trial.

////

In light of the court's screening order, and the fact that prisons are on lockdown due to the COVID-19 virus, the court construes plaintiff's filing as a request for extension of time in which to file an amended complaint that complies with the March 16, 2020 order. Plaintiff's request is granted. Plaintiff is cautioned that failure to timely file an amended complaint will result in a recommendation that this action be dismissed.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's April 16, 2020 filing (ECF No. 9), is construed as a request for extension of time;

2. Plaintiff is granted sixty days from the date of this order in which to file an amended complaint; and

3. The Clerk of the Court shall send plaintiff the form for filing a civil rights complaint by a prisoner.

Dated: April 21, 2020

/van0502.36

*[signature]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE